# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** American Bridge Products, Inc.          **Case Number:** 96-16620          **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

STATUS CONFERENCE RE: #1 Involuntary Chapter 7 Petition.

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Status Conference Held.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney

_____              _____ Dated: 06/09/2010
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge